**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,       :

        :

       -against-         :

        :        ORDER

DARYL RUTHERFORD,         :

        :       26 Cr. 160-1 (GBD)

             Defendant.         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

An arraignment and initial conference in the above-captioned case is hereby scheduled for

May 27, 2026 at 10:30 a.m.

Dated: New York, New York
       May 21, 2026

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge