Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 13, 2026

**BY ECF**

The status conference scheduled for August 18, 2026 is adjourned to Wedenesday, September 30, 2026 at 10:00 a.m. Time is excluded pursuant to the Speedy Trial Act.

The Honorable George B. Daniels
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**SO ORDERED:**

George B. Daniels
George B. Daniels, U.S.D.J.

Dated: AUG 17 2026

Re: **United States v. Daryl Rutherford**
**26-CR-160 (GBD)**

Dear Judge Daniels,

The parties jointly write to request that the status conference currently scheduled for Tuesday, August 18, 2026 be adjourned for a period of approximately 30 to 45 days. The requested adjournment would serve the purpose of allowing the parties to complete the production of discovery and to engage in plea discussions.

Undersigned counsel has conferred with the government about its availability, and the parties respectfully request that the Court set the conference on one of the following dates and times:

- Thursday, September 24, 2026;
- Friday, September 25, 2026;
- Monday, September 28, 2026 (2pm or Later);
- Tuesday, September 29, 2026 (Morning); or
- Wednesday, September 30, 2026.

The defense has no objection to the exclusion of time through the next scheduled conference.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791